427 A.2d 250

Commonwealth v. Jones, Appellant.

Argued March 17, 1980.  Thomas F. Reilly, for appellant;  Sarah Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

---

427 A.2d 250

Commonwealth v. Kent, Appellant.

Submitted March 21, 1980.  E. Yvonne Grear, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.